UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEIGHA C. BAUGHAM, and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAGA FOX 5 a/k/a NEW WORLD COMMUNICATIONS OF ATLANTA, INC., a Delaware Corporation, and FOX TELEVISION STATIONS, INC., a Delaware corporation, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. 1:11-cv-01498-MHS <br><br><br> JURY TRIAL DEMANDED |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff and defendants have reached final agreement on settlement of the claims made in this action, and hereby stipulate to the dismissal of this action on the following terms and conditions:

1. Each claim made by plaintiff against defendants in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

2. Each party shall bear its own costs.

Dated: June 14, 2011

s/Elizabeth Ann Morgan
Elizabeth Ann Morgan
Georgia Bar No. 522206
Louis A. Kerkhoff
Georgia Bar. No. 594030
THE MORGAN LAW FIRM P.C.
260 Peachtree Street
Suite 1601
Atlanta, Georgia 30303
TEL: 404-496-5430
morgan@morganlawpc.com
kerkhoff@morganlawpc.com
*Counsel for Plaintiff*

Counsel for Defendants
New World Communications of
Atlanta, Inc. and its station WAGA
FOX 5 and FOX Television Stations, Inc.
Carolyn Y. Forrest
Georgia Bar No. 269584
Fox Television Stations, Inc.
1551 Briarcliff Road, N.E.
Atlanta, Georgia 30306
TEL.: 404-724-4421
carolyn.forrest@foxtv.com

On this 16 day of June, 2011, it is hereby so ORDERED:

The Honorable Judge Marvin H. Shoob
U.S. District Court Judge

-2-